UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21500-CIV-DIMITROULEAS

Leyla Hamchou Abou Harb,

Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY,
U.S. CITIZENSHIP AND IMMIGRATKION SERVICES
Secretary Kristi Noem
Acting Director Kika Scott,
Director Varsenik Papazian,

Defendants.
_____________________________________/

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss [DE 24], filed herein on April 21, 2026. On May 13, 2026, Plaintiff filed an Amended Complaint for Writ of Mandamus and Injunctive Relief under the Administrative Procedures Act [DE 26] and, therefore, Defendants' Motion [DE 24] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [DE 24] and Plaintiff's Motion for Leave to File [DE 29] are hereby **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record